NORMA GRECK, as Administratrix of the Estate of DAVID J. GRECK, Deceased, Respondent, et al., Plaintiffs, v. NEW YORK CENTRAL RAILROAD CO., Appellant.—

Concur
— Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.